AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

KARMA KARNA ROY,

                              Plaintiff,                          JUDGMENT IN A CIVIL CASE

                    v.

UNKNOWN DEFENDANTS,
                                                        CASE NUMBER: 10-CV-002-JLQ

                              Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff's pro se Complaint is DISMISSED without prejudice for failure to prosecute.

_____              JAMES R. LARSEN_____
        March 11, 2010                                      *Clerk*
*Date*                                              s/ Linda Emerson_____
                                                    *(By) Deputy Clerk*
                                                    Linda Emerson_____